Michael Mogan (S.B.N. 304107)
Law Office Of Michael Mogan
4803 N. Milwaukee Ave.
Suite B, Unit #244
Chicago, IL 60630
Telephone: (949) 424-5237
Fax (949)630-0477
mm@michaelmogan.com
Attorney for Plaintiff
   Nakia Woodson

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Nakia Woodson<br><br>    Plaintiff<br><br>       v.<br><br>James Leestma and<br>   Advance Inheritance LLC<br><br>    Defendants. | Case No. 2:21-cv-8843<br><br>Complaint<br><br>Trial By Jury Demanded |

1

Plaintiff, Nakia Woodson ("Plaintiff"), by her attorney, files this complaint against James Leestma and Advance Inheritance LLC ("Defendants"). Plaintiff hereby alleges as follows:

## JURISDICTION AND VENUE

1. The jurisdiction of this Court is based upon diversity of citizenship conferred by 28 USC §1332. Plaintiff is a citizen of Las Vegas, Nevada. On information and belief, James Leestma is a citizen of California and resides in Woodland Hills in Los Angeles County. Defendant Advance Inheritance LLC is a Delaware limited liability company with its principal place of business located at 7301 Topanga Canyon Blvd Ste 202, Canoga Park, CA 91303. The amount in controversy exceeds $75,000.

2. Venue is proper in this court as a substantial part of the events or omissions giving rise to the action occurred in this district. 28 U.S.C. §1391(a)(2). On information and belief, Defendants also do business in person and through their agents and representatives in Los Angeles County within this district. A substantial part of the events or omissions giving rise to the claims also occurred within this district. 28 U.S.C. §1391(b)(2).

## PARTIES

3. Plaintiff Nakia Woodson is an adult over the age of 18 years old and resident of the state of Nevada residing in Las Vegas in Clark County.

4. Defendant James Leestma is an adult over the age of 18 years old and on information a belief he is a resident of Woodland Hills in Los Angeles County in the State of California.

5. Defendant Advance Inheritance LLC is a limited liability company organized under the laws of Delaware with its principal place of business located at 7301 Topanga Canyon Blvd Ste 202, Canoga Park, CA 91303. On information and belief, James Leestma is a member of Advance Inheritance LLC.

## BACKGROUND

6. Plaintiff is an individual with experience in leasing activities in the real estate rental markets.

7. Plaintiff agreed to purchase the property at 7526 S. Hobart Boulevard, Los Angeles, CA 90047 ("7526 S. Hobart Blvd. property") from heirs of such property and placed title of such property in the name of the Certified Holding Trust and recorded the deed in Los Angeles county. On information and belief, heir Arthur Gleason had stated he waived any right as a heir to 7526 S. Hobart Blvd property but later changed his mind and probate proceedings are pending for the Estate of Carole Gleason in California for equitable disputes.

8. On April 11, 2019, Patricia Gleason Williams signed a Grant Deed to transfer title to the Property from the "Carole Gleason Estate by Patricia Gleason Williams as Executor" to the "Certified Holding Trust."

9. Nakia Woodson is the trustee of the Certified Holding Trust.

10. The Grant Deed dated April 11, 2019, was recorded on August 29, 2019, as Recorder's Instrument Number 2019088600 with the Los Angeles County Recorder's Office.

11. In around October 2019 Plaintiff began discussions with New Way Construction Inc. so they could complete repairs at the 7526 S. Hobart Blvd. property and Plaintiff and New Way Construction Inc. subsequently agreed that New Way Construction Inc. would perform such repairs.

12. Plaintiff arranged to obtain a loan from a financial institution to enable her to pay for the repairs for the 7526 S. Hobart Blvd. property as such property was in disrepair.

13. Plaintiff intended to complete such repairs as soon as possible so the 7526 S. Hobart Blvd. property could be rented on a short term or long term basis including on rental website Airbnb Inc.

14. On information and belief, at all times relevant Defendants knew Plaintiff was attempting to make improvements to the 7526 S. Hobart Blvd. property so Plaintiff could rent the property.

15. On information and belief, after Defendant James Leestma learned that the 7526 S. Hobart Boulevard had been transferred into the title of Certified Holding Trust, Defendant James Leestma began taking action to implement his preconceived plan to interfere with any such financing of such property and the rental operations of Nakia Woodson for the 7526 S. Hobart Boulevard property.

16. On information and belief, Defendant James Leestma contacted the title company and threatened an employee at the title company if title to the 7526 S. Hobart Boulevard property was encumbered or transferred in any way from Certified Holding Trust and the title company then refused to enable Nakia Woodson to obtain financing on the 7526 S. Hobart Boulevard property.

17. On information and belief, Defendant James Leestma interfered with any additional transactions for the 7526 S. Hobart Boulevard property because his business associate and attorney Sandra Demeo claimed she was owed legal fees and costs from the estate of Carole Gleason.

18. On information and belief, Defendant Advance Inheritance LLC had loaned Kevin Gleason money as an advance of any inheritance he was owed from the estate of Carole Gleason. On information and belief, Defendants refused such amount due from Kevin Gleason which Plaintiff agreed to pay so Defendants could interfere with any further changes by Plaintiff to the title of the 7526 S. Hobart Boulevard property by Plaintiff and to obtain any financing.

19. On information and belief, Defendant James Leestma then placed a lis pendens on the 7526 S. Hobart Boulevard property in an attempt to interfere with Plaintiff's real estate rental business and to prevent completion of the needed repairs for such property.

20. On information and belief, Plaintiff's true intent with respect to the 7526 S. Hobart Boulevard was interference with Plaintiff's short term and long term rental customers.

21. On information and belief, in engaging in the wrongful conduct described above, James Leestma and Advance Inheritance LLC deliberately deceived and misled the title company who would have otherwise allowed the lender to finalize the closing of the loan where such loan proceeds would have then been disbursed to Plaintiff.

22. Defendants' actions are anti-competitive and unfair. Defendants have deliberately interfered with Plaintiff's business relations with the intention of harming Plaintiff. Since Defendants acts Plaintiff has been unable to rent the 7526 S. Hobart Boulevard on a short term or long term basis and such property remains vacant.

23. On information and belief, Plaintiff has lost in excess of $75,000 in rental revenues to be determined at trial.

## FIRST CAUSE OF ACTION

**Intentional Interference With Prospective Economic Advantage**
**(Against All Defendants)**

24. Plaintiff incorporates by reference all the preceding paragraphs 1-23 of this Complaint as if fully set forth herein.

25. Plaintiff had a reasonable probability of future business opportunities and economic benefit in connection with both: (i) her relationships with short and long term rental customers; and (ii) her relationship with Airbnb Inc. and other short term rental providers.

26. On information and belief, Defendants had knowledge of such opportunities and intentionally interfered with such opportunities in violation of, among others, California Business & Professions Code § 17200. Defendants committed these tortious acts with deliberate and actual malice, ill-will, and oppression in conscious disregard of Plaintiff's legal rights.

27. Defendant's actions have disrupted Plaintiff's relationships and business opportunities with her customers and Airbnb Inc. and other short term rental providers.

28. As a direct and proximate result of Defendants' conduct, J.D. Edwards has been injured by Defendants in an amount to be proven at trial.

## SECOND CAUSE OF ACTION
### Negligent Interference With Prospective Economic Advantage
### (Against All Defendants)

29. Plaintiff incorporates by reference all the preceding paragraphs 1-28 of this Complaint as if fully set forth herein.

30. Plaintiff had a reasonable probability of future business opportunities and economic benefit in connection with both: (i) her relationships with her customers who are short-term and long-term tenants; and (ii) her relationship with Airbnb Inc. and other short term rental providers.

31. On information and belief, Defendants had knowledge of such opportunities and knew or should have known that if they did not act with due care, their actions would interfere with such opportunities and cause Plaintiff to lose the economic benefit of such relationships.

32. Defendants have acted negligently and have disrupted Plaintiff's relationships and business opportunities with her customers and Plaintiff in violation of, among others, California Business & Professions Code § 17200.

33. As a direct and proximate result of Defendants' conduct, Plaintiff has been injured by Defendants in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks relief against Defendants as follows:

1. For compensatory damages of at least $75,000 in an amount to be determined at trial;
2. For restitution in an amount to be determined at trial;
3. For exemplary damages in an amount to be determined at trial;

4. For attorney's fees incurred in this action;

5. For prejudgment interest in an amount to be determined at trial;

6. For costs incurred in this action; and

7. For such other, further and different relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on issues so triable.

Dated: November 10, 2021

Respectfully submitted,

/s/ Michael Mogan
Michael Mogan
Attorney for Plaintiff
Nakia Woodson