UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08843-CAS-JEMx | Date | December 28, 2021 |
|---|---|---|---|
| Title | Nakia Woodson v. James Leestma, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| D. Rojas for Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) – ORDER TO SHOW CAUSE REGARDING ENTRY OF CLERK'S DEFAULT

On November 10, 2021, plaintiff Nakia Woodson filed this action against defendants James Leestma and Advance Inheritance LLC. Dkt. 1 ("Compl."). Plaintiff alleges that defendants have interfered with her attempt to secure a loan that would have allowed plaintiff to make improvements to a property in Los Angeles, California. Id. ¶¶ 6-23. Subsequent to the improvements, plaintiff intended to rent the property to short-term and long-term tenants. Id. Plaintiff alleges the following claims for relief: (1) intentional interference with prospective economic advantage; and (2) negligent interference with prospective economic advantage. Id. ¶¶ 24-33. Plaintiff claims she has lost "in excess of $75,000 in rental revenues" because of defendants' interference. Id. ¶ 23.

On December 27, 2021, plaintiff filed proofs of service that indicate that defendant Advance Inheritance LLC ("Advance") was personally served with the summons and complaint on November 19, 2021, and that defendant James Leestma was personally served with the summons and complaint on November 20, 2021. See Dkt. 11 ("Advance POS"); Dkt. 12 ("Leestma POS"). As a result, Advance's answer was due on December 10, 2021, and James Leestma's answer was due on December 13, 2021. To date, neither defendant has submitted their answer to plaintiff's complaint. Accordingly, defendants are **ORDERED** to **SHOW CAUSE**, on or before January 24, 2022, why a Clerk's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08843-CAS-JEMx | Date | December 28, 2021 |
|---|---|---|---|
| Title | Nakia Woodson v. James Leestma, et al. | | |

default should not be entered for failure to answer plaintiff's complaint. If defendants do not respond on or before January 24, 2022, plaintiff is directed to seek entry of a Clerk's default on or before February 14, 2022, and thereafter seek entry of a default judgment; plaintiff's failure to do so may result in dismissal for failure to prosecute.

    IT IS SO ORDERED.

:

Initials of Preparer     DR