JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NAKIA WOODSON,<br><br>　　　　　　Plaintiff<br><br>　　　　v.<br><br>JAMES LEESTMA and ADVANCE INHERITANCE LLC<br><br>　　　　　　Defendants | Case No. 2:21-CV-08843 CAS (JEMx)<br><br>[Assigned to the Honorable Christina A. Snyder]<br><br>**JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS JAMES LEESTMA AND ADVANCE INHERITANCE LLC**<br><br>Fed. R. Civ. P. 56 |

　　　WHEREAS the Court, having now issued an Order, dated December 19, 2022, Docket Number 50, detailing its ruling on the issues raised in Defendants' motion, hereby decrees as follows:

　　　IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment brought by Defendants James L. Leestma and Advance Inheritance LLC as against Plaintiff Nakia Woodson on the First and Second Causes of Action is GRANTED.

　　　IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiff Nakia Woodson shall take nothing against Defendants James L. Leestma and Advance Inheritance LLC, the action be dismissed in its entirety, judgment is hereby entered in favor of Defendants James L. Leestma and

Advance Inheritance LLC, and Defendants James L. Leestma and Advance Inheritance LLC recover their costs.

Dated:  December 20, 2022

_____
The Honorable Christina A. Snyder
United States District Judge